**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHERYL BOHR,**

            **Plaintiff,**

**-vs-**                                                    **Case No.  6:08-cv-109-Orl-18DAB**

**SHORES MEDICAL,**
**SUSAN A. HOLE,**

            **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **DEFENDANTS' MOTION TO COMPEL MORE COMPLETE RULE 26 DISCLOSURES (Doc. No. 16)**
>
> **FILED:**       **September 11, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendants move to compel Rule 26 disclosures relating to Plaintiff's computation of damages. Fed. R. Civ. P. 26(a)(1)(A)(iii). Plaintiff's Complaint alleges damages of $246,000 arising out of her termination allegedly based on pregnancy discrimination. Plaintiff has failed to provide any disclosure whatsoever in her Rule 26 disclosure (Doc. No. 16-2) and she has failed to file a response to the Motion to Compel.

Pursuant to Federal Rule of Civil Procedure 37(a), it is **ORDERED** that Plaintiff to Defendants **within 11 days of the date of this ORDER** a computation of each category of damages claimed, and make available for copying the evidentiary material on which the computation is based

in accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(iii).  Failure to comply with this **ORDER** will result in an Order to Show Cause why Plaintiff and her counsel should not be sanctioned.

**DONE** and **ORDERED** in Orlando, Florida on October 1, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record